

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00851-CR

George **GALVAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9427
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 9, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice